USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
UNITED STATES OF AMERICA,                                    :
                                                             :     10-CR-367 (VEC)
         -against-                                           :
                                                             :        ORDER
                                                             :
                                                             :
JOHNNY NUNEZ GARCIA,                                         :
                                      Defendant.             :
------------------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant Johnny Nunez Garcia filed a petition to vacate his conviction and sentence, pursuant to 28 U.S.C. § 2255 (Dkt. 260);

WHEREAS on August 1, 2019, the Court ruled that Petitioner's petition was meritless, but held the petition in abeyance pending Petitioner's filing a motion for leave to amend the petition (Dkt. 276);

WHEREAS on November 4, 2019, Petitioner filed a motion for leave to amend his petition (Dkt. 280);

WHEREAS Petitioner's motion to amend the petition does not change Petitioner's underlying argument and raises no grounds for relief other than those discussed in the August 1, 2019 order;

IT IS HEREBY ORDERED THAT

1. Defendant's motion for leave to amend the petition is **DENIED** as futile in light of the conclusions reached in the August 1, 2019 order (Dkt. 276);

2. Defendant's petition is **DENIED** for the reasons discussed in the August 1, 2019 order.

The Clerk of Court is respectfully directed to **CLOSE** the open motion at Dkt. 280, to mail a copy of this order to Defendant Johnny Nunez Garcia, and to note mailing on the docket. The Court declines to issue a certificate of appealability from this order, as Defendant has not, to this date, made a substantial showing of a denial of a constitutional right. *See Matthews v. United States*, 682 F.3d 180, 185 (2d Cir. 2012). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and permission to proceed *in forma pauperis* is therefore denied.

**SO ORDERED.**

**Date: December 9, 2019**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**